Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denee Stevens, individually and on behalf of all others similarly situated, Against<br><br>Monterey Collections, LLC and John Does 1-25, | Case No.: 5:20-cv-1628-JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

                                        Respectfully Submitted,

DATED:  April 13, 2021     THE LAW OFFICES OF JONATHAN A. STIEGLITZ

                                        By:   */s/Jonathan A. Stieglitz*

|   |   |
|---|---|
| 1 | Jonathan A. Stieglitz |
| 2 | Attorneys for Plaintiff |
|   | Denee Stevens |

**Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz, Esq.